UNITED STATES DISTRICT COURT

FILED'09 JUN 30 16:22 USDC-ORE

DISTRICT OF OREGON

JOHN R. HERBERT

CV # 08-109-HO

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
COMMISSIONER of Social Security,

ORDER FOR EAJA FEES

    Defendant.

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4806.35, pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412, and no costs or expenses, shall be awarded to Plaintiff; made payable to and mailed to Plaintiff's attorney.

DATED this 30th day of June, 2009.

HON. MICHAEL R. HOGAN
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Linda Ziskin
LINDA ZISKIN, OSB # 01106
(503) 889-0472
Of Attorneys for Plaintiff