Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Law Offices
PO Box 16310
Portland, Oregon 97292-0310
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

FILED '10 JUN 17 13:51 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JOHN HERBERT,<br>　　　　Plaintiff, | CV # 08-0109-HO |
| v. | ORDER |
| MICHAEL ASTRUE,<br>Commissioner of Social Security,<br>　　　　Defendant. | |

The court finds and orders an attorney fee of $15517.75 pursuant to 42 U.S.C. § 406(b).

This court previously awarded Equal Access to Justice Act fees of $4806.35 to Plaintiff under 28 U.S.C. § 2412. Upon receipt of the fee of $15517.75, Plaintiff's attorney will refund $4806.35, the EAJA amount previously awarded in this matter, to Plaintiff.

Dated this 17th day of June, 2010.

　　　　　　　　　　　　　　　　　　　Michael R. Hogan
　　　　　　　　　　　　　　　　　　　United States District Judge